# United States District Court
# For The Western District of North Carolina
# Statesville Division

TONY CURTIS BOWMAN II,

    Petitioner,

vs.

R. DAVID MITCHELL,

    Respondent.

JUDGMENT IN A CIVIL CASE

CASE NO. 5:09CV120-3-MU

DECISION BY COURT. This action having come before the Court by petition and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's November 5, 2009, Order.

Signed: November 6, 2009

Frank G. Johns, Clerk
United States District Court